MARIAN EILEEN ADAMS, Respondent, v. CLIFFORD G. ADAMS, Appellant.— Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Martin, P. J., dissents and votes to reverse and grant the motion.

CHECKER CAB MANUFACTURING CORPORATION, Respondent, v. MURAL TRANSPORTATION CORPORATION, Defendant, Impleaded with J. F. WATERS MOTOR SALES CORP. and JAMES F. WATERS, Appellants.— Order unanimously modified by eliminating items 4, 5 and 6 of the demand for a bill of particulars, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. Bill of particulars to be served within ten days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SCOTT R. EDWARDS, Respondent, v. ELIZABETH ARDEN, INC., Appellant.— In our view, an examination of the defendant for the purpose of framing a complaint is not necessary in the circumstances here disclosed. So far as the production of the contract is concerned, it now appears that a copy has been furnished to plaintiff. Order unanimously reversed, without costs, and the motion denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HARRY HIRSCHBERG, Respondent, v. IRVING KERN and Others, Defendants. SAM ROSENBERG, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant, Respondent, v. FISCHBACH & MOORE, INC., and Others, Respondents, Appellants.— Orders, so far as appealed from, unanimously affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FRANK E. COOPER, Trustee in Bankruptcy of JOHN L. MILLER, JR., Bankrupt, Appellant, v. ALFRED L. MAURER and Another, Respondents, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of ANSHEL BABUSHKIN, as Substituted Committee of SAMUEL HIRSCH, an Incompetent Veteran, Appellant, for Leave to Sue RAY HIRSCH.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Townley and Untermyer, JJ., dissent. [176 Misc. 911.]